```
1
2
3
4
5
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LAURIE LINDSAY, ) | |
| ) | |
| Plaintiff, ) | No. C08-00970-MJP-BAT |
| v. ) | |
| ) | ORDER REMANDING CASE |
| MICHAEL J. ASTRUE, Commissioner of the ) | |
| Social Security Administration. ) | |
| ) | |
| Defendant. ) | |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

ORDER REMANDING CASE-1

The Clerk is directed to send copies of this Order to the parties and Magistrate Judge Tsuchida.

DATED this 20th day of April, 2009.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge