United States District Judge Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURIE LINDSAY, | NO. 2:08-cv-00970-MJP-BAT |
| Plaintiff, | |
| vs. | ORDER FOR ATTORNEY'S FEES |
| NANCY BERRYHILL, | PURSUANT TO 42 U.S.C. § 406(b) |
| Acting Commissioner of Social Security, | |
| Defendant. | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $7,675.75, pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney has already received $3,268.88 under the Equal Access to Justice Act, leaving a remaining fee of $4,406.87. Social Security is

directed to send $4,406.87 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.

DATED this _13th_ day of _April_, 2017.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

Presented by:

S/AMY GILBROUGH
AMY GILBROUGH, WSBA #26471
Attorney for Plaintiff